

# NUMBER 13-26-00297-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MARIA LUISA O'CONNELL AND
PATRICK MORES O'CONNELL,**                                    **Appellants,**

**v.**

**RALLY CREDIT UNION F/K/A
NAVY ARMY COMMUNITY
CREDIT UNION,**                                              **Appellee.**

---

## ON APPEAL FROM THE 430TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice Cron**

This cause is before the Court on its own motion. The clerk's record was due to be filed on or before April 27, 2026. *See* TEX. R. APP. P. 35.1(b). On that date, the Clerk of the Court notified appellants that the deputy district clerk, Rubie Cantu, notified the Court that appellants had failed to make arrangements for payment of the clerk's record.

Appellants were notified that unless they made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See id.* R. 37.3(b). To date, appellants have failed to respond or otherwise provide the requested documentation. Accordingly, the appeal is dismissed for want of prosecution, and any pending motions are denied as moot. *See id.*, R. 42.3(b), (c); *see also Mechell v. Discover Bank*, No. 13-25-00371-CV, 2025 WL 3482866, at *1 (Tex. App.—Corpus Christi–Edinburg Dec. 4, 2025, no pet.) (mem. op., not designated for publication) (dismissing for want of prosecution because no clerk's record had been filed due to appellant's failure to pay or make payment arrangements, and appellant had failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified).

JENNY CRON
Justice

Delivered and filed on the
21st day of May, 2026.